UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

In re: MILNER, JOHN R § Case No. 12-13949-REG
MILNER, MELANIE R §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on December 14, 2012. The undersigned trustee was appointed on December 17, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         3,851.00

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 1,251.67 |
| Bank service fees | 190.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 2,409.33 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 06/20/2013 and the deadline for filing governmental claims was 06/20/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $962.75. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $655.07, for a total compensation of $655.07.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $257.35, for total expenses of $257.35.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/09/2015      By: /s/Yvette Gaff Kleven
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-13949-REG  
**Case Name:** MILNER, JOHN R  
              MILNER, MELANIE R  
**Period Ending:** 01/09/15

**Trustee:** (340340) Yvette Gaff Kleven, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 12/14/12 (f)  
**§341(a) Meeting Date:** 01/22/13  
**Claims Bar Date:** 06/20/13

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | 5847 Monarch Dr., FW 46815 Abandoned per Court Order 9/13/13. | 92,000.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on hand | 2.00 | 0.00 | | 0.00 | FA |
| 3 | Cash on hand | 1.00 | 0.00 | | 0.00 | FA |
| 4 | Checking - 5/3 Bank | 5.00 | 0.00 | | 0.00 | FA |
| 5 | Checking - Pinnacle Credit Union (joint with wif | 5.00 | 0.00 | | 0.00 | FA |
| 6 | Checking - Three River Federal Credit Union (joi | 5.00 | 0.00 | | 0.00 | FA |
| 7 | Checkng/Savings Account - Pinnacle Credit Union | 5.00 | 0.00 | | 0.00 | FA |
| 8 | Business Checking Account - Pinnacle Credit Unio | 0.00 | 0.00 | | 0.00 | FA |
| 9 | AEP utility deposit- Bella Voi Hair Desings, Inc | 500.00 | 500.00 | | 0.00 | FA |
| 10 | Couch, chair, coffee table, end table, table & c | 1,500.00 | 0.00 | | 0.00 | FA |
| 11 | Couch, chair, coffee table, end table, lamp, tab | 1,200.00 | 0.00 | | 0.00 | FA |
| 12 | Books, Family Pictures | 200.00 | 0.00 | | 0.00 | FA |
| 13 | Books, pictures, home decorations, DVD's | 300.00 | 0.00 | | 0.00 | FA |
| 14 | Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 15 | Clothes - Pants, jeans, dresses, blouses, shirts | 450.00 | 0.00 | | 0.00 | FA |
| 16 | Costume jewelry | 125.00 | 0.00 | | 0.00 | FA |
| 17 | Fishing poles, misc fishing equiptment, Air soft | 150.00 | 0.00 | | 0.00 | FA |
| 18 | 401k -FifthThird Bank | 7,518.12 | 0.00 | | 0.00 | FA |
| 19 | Employee Stock - Equity Plan Solutions | 1,154.54 | 477.54 | | 0.00 | FA |
| 20 | HSA - 5/3 Bank | 100.00 | 0.00 | | 0.00 | FA |
| 21 | 2007 Dodge Calibur | 6,500.00 | 0.00 | | 0.00 | FA |
| 22 | 2007 Toyota | 10,500.00 | 0.00 | | 0.00 | FA |
| 23 | 3 dogs | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Lawn mower, lawn equipment, small hand tools | 350.00 | 0.00 | | 0.00 | FA |
| 25 | Small hand tools | 50.00 | 0.00 | | 0.00 | FA |
| 26 | Tax Refunds  (u) | 0.00 | 1,901.00 | | 1,901.00 | FA |

Printed: 01/09/2015 10:59 AM     V.13.20

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-13949-REG  
**Case Name:** MILNER, JOHN R  
MILNER, MELANIE R  
**Period Ending:** 01/09/15

**Trustee:** (340340) Yvette Gaff Kleven, Chapter 7 Trustee  
**Filed (f) or Converted (c):** 12/14/12 (f)  
**§341(a) Meeting Date:** 01/22/13  
**Claims Bar Date:** 06/20/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 27 | Sale of Property of Fraudulent Transfer (u) | 0.00 | 1,600.00 | | 1,600.00 | FA |
| 28 | Reimbursement of Ct Filing Fees (u) | 0.00 | 350.00 | | 350.00 | FA |
| **28** | **Assets Totals** (Excluding unknown values) | **$122,920.66** | **$4,828.54** | | **$3,851.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

TFR to UST 1/9/2015; after Report is filed, send out notice of same. 1/9/15

**Initial Projected Date Of Final Report (TFR):** December 12, 2013    **Current Projected Date Of Final Report (TFR):** January 9, 2015  (Actual)

Printed: 01/09/2015 10:59 AM    V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-13949-REG
**Case Name:** MILNER, JOHN R
MILNER, MELANIE R
**Taxpayer ID #:** **-***7722
**Period Ending:** 01/09/15

**Trustee:** Yvette Gaff Kleven, Chapter 7 Trustee (340340)
**Bank Name:** Rabobank, N.A.
**Account:** ******4466 - Checking Account
**Blanket Bond:** $57,318,324.00  (per case limit)
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 06/19/13 | {26} | AUDITOR OF STATE OF INDIANA | INDIANA STATE INCOME TAX REFUND CHECK - 2012 | 1224-000 | 1,901.00 | | 1,901.00 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,891.00 |
| 07/29/13 | 101 | CLERK, UNITED STATES BANKRUPTCY COURT | FILING FEE - ADVERSARY PROCEEDING #13-_____ - TRUSTEE v. RYAN WOLFE | 2700-000 | | 293.00 | 1,598.00 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,588.00 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,578.00 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,568.00 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,558.00 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,548.00 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,538.00 |
| 01/09/14 | | AAA AUCTION SERVICE | NET SALE OF PROPERTY FROM FRAUDULENT TRANSFER - DODGE DURANGO | | 1,341.33 | | 2,879.33 |
| | {27} | | SALE OF DURANGO         1,600.00 | 1241-000 | | | 2,879.33 |
| | | | AUCTIONEER'S               -160.00 COMMISSION | 3610-000 | | | 2,879.33 |
| | | | AUCTIONEER'S                -98.67 EXPENSES (NEW BATTERY FOR VEHICLE) | 3620-000 | | | 2,879.33 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,869.33 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,859.33 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,849.33 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,839.33 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,829.33 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,819.33 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,809.33 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,799.33 |
| 09/18/14 | 102 | CLERK, UNITED STATES BANKRUPTCY COURT | FILING FEES - ADVERSARY PROCEEDINGS #14-_____ AND #14-_____ | 2700-000 | | 700.00 | 2,099.33 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,089.33 |
| 10/17/14 | {28} | BUNGER & ROBERTSON | REIMBURSEMENT OF FILING FEE FOR ADV PRO #14-1112 (vs CITIMORTGAGE) | 1290-000 | 350.00 | | 2,439.33 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,429.33 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,419.33 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 2,409.33 |

Subtotals :      $3,592.33      $1,183.00

{} Asset reference(s)

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-13949-REG  
**Case Name:** MILNER, JOHN R  
MILNER, MELANIE R  
**Taxpayer ID #:** **-***7722  
**Period Ending:** 01/09/15

**Trustee:** Yvette Gaff Kleven, Chapter 7 Trustee (340340)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******4466 - Checking Account  
**Blanket Bond:** $57,318,324.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 3,592.33 | 1,183.00 | $2,409.33 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 3,592.33 | 1,183.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$3,592.33** | **$1,183.00** | |

Net Receipts : 3,592.33  
Plus Gross Adjustments : 258.67  
_____  
Net Estate : $3,851.00

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******4466** | 3,592.33 | 1,183.00 | 2,409.33 |
| | **$3,592.33** | **$1,183.00** | **$2,409.33** |

{} Asset reference(s)  
Printed: 01/09/2015 10:59 AM     V.13.20

Printed: 01/09/15 11:00 AM

# Exhibit C - Analysis of Claims Register

Page: 1

## Case: 12-13949-REG    MILNER, JOHN R

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| **Admin Ch. 7 Claims:** | | | | | | | | |
| | 12/14/12 | 200 | Yvette Gaff Kleven, Chapter 7 Trustee<br>HARRISON PROFESSIONAL CENTER<br>927 South Harrison Street<br>Fort Wayne, IN 46802<br><2200-00   Trustee Expenses><br>Approved by Court Order dated 1/8/2015. | 378.23 | 378.23 | 0.00 | 378.23 | 257.35 |
| | 12/14/12 | 200 | Yvette Gaff Kleven, Chapter 7 Trustee<br>111 West Wayne Street<br>Fort Wayne, IN 46802<br><2100-00   Trustee Compensation><br>Approved by Court Order dated 1/8/2015 | 962.75 | 962.75 | 0.00 | 962.75 | 655.07 |
| | 12/14/12 | 200 | ADELSPERGER & KLEVEN, LLP<br>111 WEST WAYNE STREET<br>FORT WAYNE, IN 46802<br><3110-00   Attorney for Trustee Fees (Trustee Firm)><br>Approved by Court Order dated 1/8/2015 | 2,200.00 | 2,200.00 | 0.00 | 2,200.00 | 1,496.91 |
| | | | **Total for Priority 200:    68.04133% Paid** | **$3,540.98** | **$3,540.98** | **$0.00** | **$3,540.98** | **$2,409.33** |
| | | | **Total for Admin Ch. 7 Claims:** | **$3,540.98** | **$3,540.98** | **$0.00** | **$3,540.98** | **$2,409.33** |
| **Priority Claims:** | | | | | | | | |
| 2P | 03/27/13 | 570 | Allen County Treasurer<br>1 East Main Street Suite 104<br>Fort Wayne, IN 46802-1811<br><5800-00   Claims of Governmental Units> | 75.16 | 63.25 | 0.00 | 63.25 | 0.00 |
| 3P | 04/03/13 | 570 | Department of the Treasury<br>Internal Revenue Service<br>PO BOX 7317<br>Philadelphia, PA 19101-7317<br><5800-00   Claims of Governmental Units> | 6,144.16 | 6,144.16 | 0.00 | 6,144.16 | 0.00 |
| | | | **Total for Priority 570:    0% Paid** | **$6,219.32** | **$6,207.41** | **$0.00** | **$6,207.41** | **$0.00** |
| | | | **Total for Priority Claims:** | **$6,219.32** | **$6,207.41** | **$0.00** | **$6,207.41** | **$0.00** |
| **Unsecured Claims:** | | | | | | | | |
| 1 | 03/25/13 | 610 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025<br><7100-90   Payments to Unsecured Credit Card Holders> | 2,869.98 | 2,869.98 | 0.00 | 2,869.98 | 0.00 |
| 3U | 04/03/13 | 610 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 7317<br>Philadelphia, PA 19101-7317<br><7100-00   General Unsecured § 726(a)(2)> | 1,624.27 | 1,624.27 | 0.00 | 1,624.27 | 0.00 |

Printed: 01/09/15 11:00 AM

# Exhibit C - Analysis of Claims Register

Page: 2

### Case:  12-13949-REG    MILNER, JOHN R

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 04/12/13 | 610 | Capital One Bank (USA) N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>&lt;7100-90   Payments to Unsecured Credit Card Holders&gt; | 25,462.23 | 25,462.23 | 0.00 | 25,462.23 | 0.00 |
| 5 | 04/12/13 | 610 | Capital One Bank (USA) N.A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083<br>&lt;7100-90   Payments to Unsecured Credit Card Holders&gt; | 7,137.27 | 7,137.27 | 0.00 | 7,137.27 | 0.00 |
| 6 | 04/29/13 | 610 | Frontier Communications<br>Bankruptcy Dept.<br>19 John St.<br>Middletown, NY 10940<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 109.52 | 109.52 | 0.00 | 109.52 | 0.00 |
| 7 -2 | 05/24/13 | 610 | Green Tree Servicing LLC<br>PO BOX 0049<br>Palatine, IL 60055-0049<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 18,187.15 | 18,187.15 | 0.00 | 18,187.15 | 0.00 |
| 8 | 06/06/13 | 610 | eCAST Settlement Corporation<br>assignee of Chase Bank USA NA<br>POB 29262<br>New York, NY 10087-9262<br>&lt;7100-90   Payments to Unsecured Credit Card Holders&gt; | 4,627.14 | 4,627.14 | 0.00 | 4,627.14 | 0.00 |
| 9 | 06/06/13 | 610 | eCAST Settlement Corporation<br>assignee of Chase Bank USA NA<br>POB 29262<br>New York, NY 10087-9262<br>&lt;7100-90   Payments to Unsecured Credit Card Holders&gt; | 18,776.77 | 18,776.77 | 0.00 | 18,776.77 | 0.00 |
| 10 | 06/14/13 | 610 | New Logic Business Loans Inc<br>d/b/a APZB Industries<br>2015 Vaughn Road, Building 500<br>Kennesaw, GA 30144<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 10,810.96 | 10,810.96 | 0.00 | 10,810.96 | 0.00 |
| 11 | 06/20/13 | 610 | United Consumer Financial Services<br>c/o Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br>&lt;7100-00   General Unsecured § 726(a)(2)&gt; | 143.37 | 143.37 | 0.00 | 143.37 | 0.00 |
| | | | **Total for Priority 610:    0% Paid** | **$89,748.66** | **$89,748.66** | **$0.00** | **$89,748.66** | **$0.00** |
| 12 -2 | 12/12/13 | 630 | CitiMortgage Inc.<br>P.O. Box 6030<br>Sioux Falls, SD 57117-6030<br>&lt;7400-00   Subordinated General Unsecured (Equitably or consensually subordinated)&gt;<br>Late-filed claim allowed as a general unsecured claim pursuant to Court Order 10/24/14 in Adversary Proceeding #14-1112. | 58,781.65 | 58,781.65 | 0.00 | 58,781.65 | 0.00 |

Printed: 01/09/15 11:00 AM         **Exhibit C - Analysis of Claims Register**         Page: 3

**Case: 12-13949-REG    MILNER, JOHN R**

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 2PEN | 03/27/13 | 630 | Allen County Treasurer<br>1 East Main Street, Ste. 104<br>Fort Wayne, IN 46802<br><7300-00   Fines, Penalties § 726(a)(4)> | 0.00 | 68.61 | 0.00 | 68.61 | 0.00 |
| | | | **Total for Priority 630:    0% Paid** | $58,781.65 | $58,850.26 | $0.00 | $58,850.26 | $0.00 |
| | | | **Total for Unsecured Claims:** | $148,530.31 | $148,598.92 | $0.00 | $148,598.92 | $0.00 |
| | | | **Total for Case :** | $158,290.61 | $158,347.31 | $0.00 | $158,347.31 | $2,409.33 |

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-13949-REG  
Case Name: MILNER, JOHN R  
Trustee Name: Yvette Gaff Kleven  

**Balance on hand:** $ 2,409.33

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 2,409.33

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Yvette Gaff Kleven, Chapter 7 Trustee | 962.75 | 0.00 | 655.07 |
| Trustee, Expenses - Yvette Gaff Kleven, Chapter 7 Trustee | 378.23 | 0.00 | 257.35 |
| Attorney for Trustee, Fees - ADELSPERGER & KLEVEN, LLP | 2,200.00 | 0.00 | 1,496.91 |

Total to be paid for chapter 7 administration expenses: $ 2,409.33  
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $6,207.41 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 2P | Allen County Treasurer | 63.25 | 0.00 | 0.00 |
| 3P | Department of the Treasury | 6,144.16 | 0.00 | 0.00 |

|  |  |  |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 89,748.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 2,869.98 | 0.00 | 0.00 |
| 3U | Department of the Treasury | 1,624.27 | 0.00 | 0.00 |
| 4 | Capital One Bank (USA) N.A. | 25,462.23 | 0.00 | 0.00 |
| 5 | Capital One Bank (USA) N.A. | 7,137.27 | 0.00 | 0.00 |
| 6 | Frontier Communications | 109.52 | 0.00 | 0.00 |
| 7 -2 | Green Tree Servicing LLC | 18,187.15 | 0.00 | 0.00 |
| 8 | eCAST Settlement Corporation | 4,627.14 | 0.00 | 0.00 |
| 9 | eCAST Settlement Corporation | 18,776.77 | 0.00 | 0.00 |
| 10 | New Logic Business Loans Inc | 10,810.96 | 0.00 | 0.00 |
| 11 | United Consumer Financial Services | 143.37 | 0.00 | 0.00 |

|  |  |  |
|---|---:|---:|
| Total to be paid for timely general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|---|
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 58,850.26 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 12 -2 | CitiMortgage Inc. | 58,781.65 | 0.00 | 0.00 |
| 2PEN | Allen County Treasurer | 68.61 | 0.00 | 0.00 |

| | | Total to be paid for subordinated claims: $ | 0.00 |
|---|---|---|---|
| | | Remaining balance: $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**